JS - 6

LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-05292 GAF (JCGx) | Date | June 29, 2012 |
|---|---|---|---|
| Title | Philip W. Fischer v. GMAC Mortgage, LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** (In Chambers)

### ORDER REMANDING CASE

Defendant National Union Fire Insurance Company ("National Union") removed this case from Los Angeles County Superior Court on June 18, 2012. (Docket No. 1, Not.) National Union seeks to remove the same state court complaint already removed by Defendants, GMAC Mortgage, LLC and Executive Trustee Services, LLC, in Philip W Fischer v. GMAC Mortgage LLC et al, CV 12-03843 GAF (JCGx), which this Court recently remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction. For the reasons set forth in the Court's June 27 Order remanding that case, the present action is **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED.**